ZACHARY M. CROSNER (SBN 272295)
zach@crosnerlegal.com
BRANDON BROUILLETTE (SBN 273156)
bbrouillette@crosnerlegal.com
CHAD SAUNDERS (SBN 257810)
chad@crosnerlegal.com
**CROSNER LEGAL, PC**
9440 Santa Monica Blvd. Suite 301
Beverly Hills, CA 90210
Tel: (866) 276-7637
Fax: (310) 510-6429

Attorneys for Plaintiffs
LORI JOHNSON on behalf of herself and others similarly situated

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| LORI JOHNSON on behalf of herself and others similarly situated, | CASE NO. 2:20-cv-05418-VAP-KES |
|---|---|
| Plaintiffs, | The Hon. Virginia A. Phillips<br>Courtroom 08A |
| vs. | **DECLARATION OF JARROD SALINAS WITH RESPECT DISBURSEMENT** |
| INSULET CORPORATION, a Delaware corporation; and Does 1 to 100, inclusive, | |
| Defendants. | |

**DECLARATION OF JARROD SALINAS WITH RESPECT TO DISBURSEMENT**

# DECLARATION OF JARROD SALINAS

I, Jarrod Salinas, declare as follows:

1. I am a Case Manager at Phoenix Settlement Administrators ("Phoenix"), the Court-appointed Class Action Settlement Administrator in the above titled Collective Action Settlement (the "Action"). I have personal knowledge of the facts stated herein and, if called upon to testify, I could and would testify competently to such facts.

2. On May 9, 2023, the Court granted approval of the Collective Action Settlement. The total amount to be distributed to 51 Collective Action Members was $13,393.98, the Court approved Attorneys' Fees in the amount of $28,125.00, Attorneys' Costs in the amount of $10,626.61, Enhancement Payment totaling $5,000.00, employer taxes totaling $753.52, and Settlement Administration Costs in the amount of $6,000.00.

3. Phoenix issued and mailed checks from the QSF to each Collective Action Member, Class Counsel, Plaintiff, and Phoenix on October 24, 2023.

4. All disbursements were completed in compliance with the Joint Stipulation of Settlement and the Final Approval Order.

5. The check-cashing period for Collective Action Members expired on April 22, 2024, which was 180 days from the date Individual Settlement Payment checks were issued.

6. As of this date, 1 check, totaling $117.91, remains uncashed.

7. Pursuant to the Settlement Agreement, funds from uncashed checks will be sent to Legal Aid at Work.

8. Upon Court approval, Phoenix will issue a check in the amount of $117.91, to Legal Aid at Work.

I declare under penalty of perjury of the laws of the State of California that the foregoing is true and correct.

Executed this 26th day of April 2024, at Orange, California.

_____*Jarrod Salinas*_____
JARROD SALINAS

- 1 -

**DECLARATION OF JARROD SALINAS WITH RESPECT TO DISBURSEMENT**